**Order entered December 15, 2016**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00888-CV

**JOAINNE RHODES, Appellant**

**V.**

**JERRIE KELLY, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-06302**

## ORDER

Before the Court is appellant's December 13, 2016 opposed motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by January 17, 2017.

/s/    ELIZABETH LANG-MIERS
        JUSTICE